## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF PUERTO RICO

**YADIRA MOLINA,**

 **Plaintiff,**

**v.**

**LAW OFFICES OF JANE BECKER**

 **WHITAKER, et al.,**

**Defendants**.

**CIVIL NO. 19-1618 (GAG)**

## JUDGMENT STAYING CASE

Pursuant to the Court's Order at Docket No. 55, judgment is hereby entered **STAYING** the present case d until the conclusion of the underlying case, <u>Yadira Molina v. Municipio de San Juan</u>, Civil Case No. 18-1079 (JAG). This case will remain administratively closed.

**SO ORDERED.**

In San Juan, Puerto Rico this 16th day of November, 2020.

*s/ Gustavo A. Gelpí*
GUSTAVO A. GELPI
United States District Judge